UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL COLEMAN, | CASE NO. CV 11-10156-PA (PJW) |
| Petitioner, | ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |
| v. | |
| T. VIRGA, | |
| Respondent. | |

On December 7, 2011, Petitioner filed a Petition for Writ of Habeas Corpus, seeking to challenge his May 1991 state conviction and 22-years-to-life sentence for second degree murder. (Petition at 2.) In the Petition, he claims that his trial and appellate counsel provided ineffective assistance, the prosecutor failed to disclose material evidence and knowingly used false evidence, and his request to substitute counsel was improperly denied. (Memorandum of Points and Authorities in support of Petition at 1-24.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). For prisoners like Petitioner,

1  whose convictions became final before the enactment of the statute of
2  limitations on April 24, 1996, the one-year period ended on April 24,
3  1997.  *See Patterson v. Stewart*, 251 F.3d 1243, 1245-46 (9th Cir.
4  2001).  Petitioner did not file this Petition, however, until December
5  2011, more than 14 years after the deadline.  Absent statutory or
6  equitable tolling, the Petition is untimely and must be dismissed.

7      IT IS THEREFORE ORDERED that, no later than **January 9, 2012,**
8  Petitioner shall inform the Court in writing why this case should not
9  be dismissed with prejudice because it was filed after the one-year
10 statute of limitations had run.  Failure to timely file a response
11 will result in a recommendation that this case be dismissed.

12     DATED:   December 9, 2011.

                                  *Patrick J. Walsh*
                                  _____
                                  PATRICK J. WALSH
                                  UNITED STATES MAGISTRATE JUDGE

28 S:\PJW\Cases-State Habeas\COLEMAN, R 10156\OSC dismiss pet.wpd