1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT EARL COLEMAN, | ) | CASE NO. CV 11-10156-PA (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINAL REPORT AND |
| v. | ) | RECOMMENDATION OF UNITED STATES |
| | ) | MAGISTRATE JUDGE AND DENYING |
| T. VIRGA, | ) | CERTIFICATE OF APPEALABILITY |
| | ) | |
| Respondent. | ) | |

   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

   Further, for the reasons stated in the Final Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the Court was incorrect in its procedural ruling and, therefore, a certificate of appealability is denied. *See* Rules Governing Section 2254 Cases in the United States District Courts, Rule 11(a); 28 U.S.C.

1  § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.
2  322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000).

4  DATED:    <u>August 29, 2012</u>.

                                       _____
                                       PERCY ANDERSON
                                       UNITED STATES DISTRICT JUDGE

28  C:\Temp\notesE1EF34\Coleman.ord.wpd