UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT EARL COLEMAN,              )      CASE NO. CV 11-10156-PA (PJW)
                                  )
              Petitioner,         )
                                  )      J U D G M E N T
         v.                       )
                                  )
T. VIRGA,                         )
                                  )
              Respondent.         )
_____)

        Pursuant to the Order Accepting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

        DATED:   August 29, 2012.


                                  _____
                                  PERCY ANDERSON
                                  UNITED STATES DISTRICT JUDGE


C:\Temp\notesE1EF34\Coleman.ord.J.wpd